IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CODY EUGENE MOBLEY,    ) | |
| ) | |
|     Petitioner,     ) | |
| ) | CIVIL ACTION NO. |
|     v.             ) | 2:21cv388-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
|     Respondent.    ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied.  Also before the court are petitioner's objections to the recommendation, his request to produce DVR footage that he argues could be exculpatory, and the government's response to petitioner's request to produce DVR footage that he argues could be exculpatory.  After an independent and de novo review of the record, the court concludes that

petitioner's objections should be overruled, his request for production of DVR footage should be denied for the reasons stated by the government in its response, and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE