IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CODY EUGENE MOBLEY,            )
                               )
     Petitioner,               )
                               )    CIVIL ACTION NO.
     v.                        )      2:21cv388-MHT
                               )          (WO)
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. 20) are overruled.

(2) Petitioner's request for production of DVR footage, *see* Objection (Doc. 20) at 3-5 and Affidavit (Doc. 21), is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 15) is adopted.

(4) The 28 U.S.C. § 2255 petition (Doc. 1) is

**denied.**

**It is further ORDERED that costs are taxed against petitioner, for which execution may issue.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 12th day of September, 2024.**

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**